UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01201-AH-RAO | Date | March 23, 2026 |
| Title | *Edgar Hatamian v. Fereti Semaia et al.* | | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 4)**

On March 15, 2026, Petitioner Edgar Hatamian ("Petitioner") filed a petition for writ of habeas corpus against Respondents Kristi Noem, Pamela Bondi, Fereti Semaia, Todd Lyons, Andre Quinones, Immigration and Customs Enforcement, and the Department of Homeland Security ("Respondents"). Dkt. No. 1. On the same day, Petitioner filed an ex parte application for a temporary restraining order ("TRO"). Dkt. No. 4. The Court ordered briefing on the Motion. Dkt. No. 6. Respondents did not file a response by the deadline set by the Court. On March 23, 2026, the Court held a hearing, converted the application for a TRO to a motion for preliminary injunction without objection from the parties, and issued an oral ruling.

For the reasons discussed at the hearing, the Court GRANTS Petitioner's motion for a preliminary injunction. Respondents are ORDERED to immediately release Petitioner from custody and reinstate his prior Order of Supervision with no modifications and no new conditions, including electronic monitoring, and

are ENJOINED from re-detaining Petitioner without a pre-deprivation hearing before a neutral decisionmaker.

**IT IS SO ORDERED.**