# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

EDGAR HATAMIAN,

                Petitioner,

    v.

FERETI SEMAIA, *et al*.,

                Respondents.

Case No. 5:26-cv-01201-AH-RAO

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

On March 15, 2026, Petitioner Edgar Hatamian, represented by counsel, filed a verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") concurrently with an *Ex Parte* Application for Temporary Restraining Order. Dkt. No. 1; Dkt. No. 2 ("TRO Application"). On March 23, 2026, the Court converted the TRO Application to a motion for preliminary injunction without objection and entered an order granting preliminary injunctive relief ("Preliminary Injunction"). Dkt. No. 9. The Court's order directed Petitioner be released immediately from custody and that his prior Order of Supervision be reinstated with no modifications and no new conditions. *Id.* at 1. The Court's order also enjoined Respondents from re-detaining Petitioner without a pre-deprivation hearing before a neutral decisionmaker. *Id.* at 2.

On April 15, 2026, the parties filed a Joint Status Report stating that they do not object to judgment being granted consistent with the terms of relief granted by the Preliminary Injunction. Dkt. No. 11. The parties further agree that such judgment will have *res judicata* effect. *Id.* at 2. Lastly, Respondents reserve all rights to appeal the judgment and its basis. *Id.*

In accordance with the Joint Status Report and for the reasons stated in the Court's order granting preliminary injunctive relief, the Petition is granted. Judgment is to be entered consistent with this Order.

DATED: MAY 18, 2026

_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE

2