JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

EDGAR HATAMIAN,

          Petitioner,

    v.

FERETI SEMAIA, *et al.*,

          Respondents.

Case No. 5:26-cv-01201-AH-RAO

JUDGMENT

    Pursuant to the Order Granting Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241,

    IT IS HEREBY ADJUDGED AND ORDERED that the Petition is granted consistent with the reasons and findings set forth in the Court's order granting preliminary injunctive relief (Dkt. No. 9).

DATED: MAY 18, 2026

                _____

                HONORABLE ANNE HWANG
                UNITED STATES DISTRICT JUDGE